IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RANDY PAUL, RONALD HOLTZ and S&S PARTNERSHIP,

    Plaintiffs,

v.

RAYMOND L. LEONARD, Jr., MANUFACTURER'S ASSET GROUP, LLC, RODI POWER SYSTEMS, INC., BYRON R. SPAIN, GWENDOLYN S. SPAIN, DAVID TEO, GARY BRASHEAR, ABBY J. BROUSSARD, STEVEN E. GARMAN, PAUL A. HORN, and DOUGLAS C. SIEFKES,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 03-C-539-C

---

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that defendants' motions to dismiss are GRANTED as to defendants Gary Brashear, Abby J. Broussard, Paul A. Horn, Byron R. Spain, Gwendolyn S. Spain, David Teo, Steven E. Garman and Douglas C. Siefkes and DENIED as to defendant RODI Power Systems, Inc.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiffs Randy Paul, Ronald Holtz and S&S Partnership's motion for summary judgment on the claim that defendant violated Wis. Stat. § 551.31(2)(a) is GRANTED and defendant RODI Power Systems, Inc.'s motion for summary judgment is DENIED.

Copy of this document has been provided to: Attys. Morgan, Trahant & Harrison
this 14 day of Mar. 2005
By _____
Deputy Clerk

IT IS FURTHER ORDERED AND ADJUDGED that plaintiffs Randy Paul, Ronald Holtz and S&S Partnership's motions for default judgment against defendants Raymond L. Leonard, Jr. and Manufacturer's Asset Group, LLC and summary judgment as to the liability of defendant RODI Power Systems are GRANTED.

IT IS FURTHER ORDERED that judgment is entered:

1. in favor of plaintiff Randy Paul against defendants Raymond L. Leonard, Jr., Manufacturer's Asset Group, LLC, and RODI Power Systems, Inc., jointly and severally, in the amount of $243,095.89, together with interest that has accrued since January 18, 2005 at the rate of $27.40 a day;

2. in favor of plaintiff Ronald Holtz against all three defendants, jointly and severally, in the amount of $12,154.79, together with interest that has accrued since January 18, 2005 at the rate of $1.37 a day;

3. judgment is entered in favor of plaintiff S&S Partnership against all three defendants, jointly and severally, in the amount of $24,063.01, together with interest that has accrued since January 18, 2005 at the rate of $2.74 a day; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiffs' motion for attorney fees from defendant RODI Power Systems in Case Numbers 03-C-535-C, 03-C-536-C, and 03-C-539-C is GRANTED; plaintiffs in these three cases are awarded $35,878.75 in attorney fees.

_____          _____
Theresa M. Owens, Clerk of Court                                    Date

March 14, 2005